## STATE OF CONNECTICUT *v.* JOHN G.

The defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 354 (AC 25504), is denied.

*Kenneth A. Leary*, in support of the petition.

*Ronald G. Weller*, senior assistant state's attorney, in opposition.

Decided June 20, 2007

## MARTIN JARAMILLO *v.* ROBERT A. CASE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 100 Conn. App. 815 (AC 27437), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Mary M. Looby*, in support of the petition.

*Mark J. Kovack*, in opposition.

Decided June 20, 2007

## STATE OF CONNECTICUT *v.* LONNIE OWEN

The defendant's petition for certification for appeal from the Appellate Court, 101 Conn. App. 40 (AC 27803), is denied.

*Glenn W. Falk*, special public defender, in support of the petition.

*Joseph T. Corradino*, senior assistant state's attorney, in opposition.

Decided June 20, 2007